STEPHEN BECKERMAN, *ET AL.* v. STEPHEN GOULD PAPER CO. OF NEW JERSEY, INC., *ET AL.*

November 17, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ELIBEE ALEXANDER

November 17, 1970. Petition for certification denied.